UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Daniel Boothby

        v.                          Civil No. 10-cv-00424-JL

Erik Jorgensen, et al.


**O R D E R**


     The Preliminary Pretrial Conference currently scheduled for

**February 9, 2011** will include a substantive, meaningful

discussion of the parties' claims and defenses.  Counsel are

expected to be prepared to engage in an open, cooperative

discussion in good faith.  Counsel are reminded of the

obligations imposed by Fed. R. Civ. P. 11(b)(3) and (4), and

should be prepared to explain the factual basis underlying any

claims or defenses they have pleaded.

     Each party shall be represented at the Preliminary Pretrial

Conference by counsel authorized to bind the party on all

matters.

     To the extent that the substance of this order constitutes a

departure from the customary Preliminary Pretrial practice to

which counsel are accustomed, the court apologizes for the short

notice, and will bear this in mind at the conference.


**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated:   February 1, 2011

cc:   Michael J. Sheehan, Esq.
      Nancy J. Smith, Esq.
      John A. Curran, Esq.