UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


<u>Daniel Boothby</u>

    v.                             Civil No. 10-cv-424-JL

<u>Erik Jorgensen, et al.</u>


**O R D E R**

    The defendants' request for a view is denied.  The reasons offered by the defendants do not warrant the expenditure of judicial, administrative, security, and jury time and resources involved.  Further, and important, there is nothing preventing the defendants from taking and presenting additional photographic or video evidence if they believe that it would better or more accurately depict the areas in question.  <u>See</u> U.S. v. Gray, 199 F.3d 547, 550 (1st Cir. 1999) (whether a view is appropriate is "committed to the trial court's informed discretion").

    **SO ORDERED.**

                                              /s/ Joe Laplante
                                              Joseph N. Laplante
                                              United States District Judge

Dated:  May 24, 2012

cc:  Michael J. Sheehan, Esq.
     Nancy J. Smith, Esq.
     Rebecca L. Woodard, Esq.