UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Daniel Boothby

v.  Civil No. 10-cv-424-JL

Jeffrey Bettez, et al

ORDER TO TRANSPORT

The court hereby orders the Warden, N.H. State Prison, to transport Daniel Boothby, plaintiff in the above matter to attend a jury selection (for trial) on June 5, 2012 at 09:30AM and the trial set for the week period beginning June 11, 2012 at 09:00 AM.

It is the responsibility of counsel to keep the institution informed and to notify the institution if the case is continued or settled prior to jury selection or trial.

The Warden, N.H. State Prison should immediately contact the U.S. Marshals Office (603-225-1632) to arrange for entrance to the building and housing of the prisoner.

So Ordered.

By the Court,

June 4, 2012

Charli Pappas
Deputy Clerk

cc: U.S. Marshal (information only)
Warden, N.H. State Prison
Michael J. Sheehan, Esq.
Nancy J. Smith, Esq.
Rebecca L. Woodard, Esq.